UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

-against-

Megan Becque,

                Defendant.

7:17-MJ-6470(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on August 25, 2017, accepted the defendant's plea of guilty to a charge of violating VTC 122 (c)(1), in full satisfaction of the Misdemeanor Complaint filed on August 25, 2018, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $50.00 to be paid by September 14, 2017.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: <u>Nunc Pro Tunc to August 25, 2017</u>
        Poughkeepsie, N.Y.